IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DR. FORD ALBRITTON IV**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | **Civil Action No. 3:16-cv-03340-M** |
| **ACCLARENT, INC.,** | § § § | |
| Defendant. | § § § § § § | **JURY TRIAL** |

## UNOPPOSED MOTION FOR HEARING ON DEFENDANT'S MOTION TO DISMISS

Pursuant to this Court's procedural rule II.B., Defendant Acclarent, Inc. ("Acclarent") respectfully submits this Unopposed Motion for Hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, Docket No. 26, filed July 5, 2017. Given the multiple contracts, products, and causes of action in this case, Defendant believes that the Court's decision-making process would be significantly aided by oral argument. Both parties have submitted full briefing on the issues, and the matter is ripe for oral argument before the Court.

Defendant understands that one of the Court's considerations in granting oral argument is the training of young attorneys. If the Court is inclined to hear oral argument, it will be conducted, at least in part, by an associate of the undersigned firm.

For the Court's convenience, the parties have conferred and identified the following dates in the near future in which they are available: September 20-22 and September 25-26.

Dated:  September 5, 2017

Respectfully submitted,

**COUNSEL FOR DEFENDANT**

/s/  *William B. Dawson*
William B. Dawson
TX State Bar No. 05606300
wdawson@gibsondunn.com
Tracey B. Davies
TX State Bar No. 24001858
tdavies@gibsondunn.com
Betty X. Yang
TX State Bar No. 24088690
byang@gibsondunn.com
GIBSON DUNN & CRUTCHER, LLP
2100 McKinney Ave, Suite 1100
Dallas, Texas  75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

William C. Rooklidge
CA State Bar No. 134483
wrooklidge@gibsondunn.com
Frank P. Cote
CA State Bar No. 204529
fcote@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, California  92612
Telephone:  949.451.3800
Facsimile:  949.451.4220

**CERTIFICATE OF CONFERENCE**

I hereby certify that Counsel for Plaintiff and Counsel for Defendant conferred regarding Defendant's motion via electronic mail on from September 1 through September 5, 2017 to discuss the issues raised in this motion, and that Plaintiff does not oppose the relief sought herein.

*/s/ William B. Dawson*
William B. Dawson

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September, 2017, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system.

*/s/ William B. Dawson*
William B. Dawson