**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DR. FORD ALBRITTON IV**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | **Civil Action No. 3:16-cv-03340-M** |
| **ACCLARENT, INC.**, | § § | |
| Defendant. | § § | **JURY TRIAL** |
| | § § § § | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR HEARING

On the ___th day of _____, 2017, this Court considered the Unopposed Motion for Hearing on Defendant's Motion to Dismiss, and after considering the facts and applicable law, this court is of the opinion that said Motion should be in all things GRANTED, and hereby sets a hearing for oral argument on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint on the ___th day of _____, 2017 at ___:____ am / pm.

SIGNED on this _____the day of _____, 2017.

_____
JUDGE PRESIDING

**Unopposed Motion for Hearing on Defendant's Motion to Dismiss**