Case 3:16-cv-03340-M   Document 33   Filed 09/05/17   Page 1 of 3   PageID 1086

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DR. FORD ALBRITTON IV**, | § § § | |
| Plaintiff, | § § | **Civil Action No. 3:16-cv-03340-M** |
| v. | § § | |
| **ACCLARENT, INC.**, | § § § | |
| Defendant. | § § § § § | **JURY TRIAL** |

## DEFENDANT ACCLARENT, INC.'S
## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to LR 83.12, Defendant Acclarent, Inc. ("Acclarent") respectfully requests that Andrew Lin be permitted to withdraw as counsel of record for Acclarent and that electronic notices to him be terminated. The reason for such withdrawal is that Andrew Lin will no longer be with the law firm Gibson Dunn & Crutcher LLP.

Acclarent continues to be represented by William B. Dawson, Tracey B. Davies, William C. Rooklidge, and Frank P. Cote of Gibson Dunn & Crutcher LLP in this matter. Consequently, the withdrawal of Andrew Lin will not delay this proceeding, and no prejudice will result to any party.

Dated:  September 5, 2017                             Respectfully submitted,

**COUNSEL FOR DEFENDANT**

/s/  *Andrew Lin*
William B. Dawson
TX State Bar No. 05606300
wdawson@gibsondunn.com
Tracey B. Davies
TX State Bar No. 24001858
tdavies@gibsondunn.com
Andrew Lin
TX State Bar No. 24092702
alin@gibsondunn.com
GIBSON DUNN & CRUTCHER, LLP
2100 McKinney Ave, Suite 1100
Dallas, Texas 75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

William C. Rooklidge,
CA State Bar No. 134483
wrooklidge@gibsondunn.com
Frank P. Cote
CA State Bar No. 204529
fcote@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, California 92612
Telephone:  949.451.3800
Facsimile:  949.451.4220

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Acclarent conferred with counsel for Dr. Ford Albritton IV regarding this motion pursuant to L.R. 7.1, and this motion is unopposed.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of September, 2017, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system.

*/s/ Andrew Lin*
Andrew Lin