IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DR. FORD ALBRITTON IV**, | § |
| Plaintiff, | § § § |
| v. | §  Civil Action No. 3:16-cv-03340-M § § |
| **ACCLARENT, INC.**, | § § |
| Defendant. | §  **JURY TRIAL** § § § § |

**PROPOSED ORDER GRANTING DEFENDANT'S**
**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

After considering Defendant Acclarent, Inc.'s unopposed Motion to Withdraw Attorney Andrew Lin the Court finds that the Motion should be, and hereby is, GRANTED.

It is therefore ORDERED that Acclarent's unopposed Motion to Withdraw Attorney Andrew Lin is GRANTED and the Clerk of this Court is directed to remove his name from the list of persons authorized to receive electronic notices in this case.

SIGNED this ____ day of _____, 2017.

_____
**UNITED STATES DISTRICT JUDGE**