## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **DR. FORD ALBRITTON IV**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | **Civil Action No. 3:16-cv-03340-M** |
| v. | § | |
| | § | |
| **ACCLARENT, INC.,** | § | |
| | § | **JURY TRIAL** |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR HEARING

Before the Court is an Unopposed Motion for Hearing [ECF #32], filed by Defendant Acclarent, Inc. After considering the Motion, this Court is of the opinion that the Motion should be GRANTED, and hereby sets a hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint before Chief Judge Barbara M. G. Lynn on the **October 24, 2017 at 9:00AM**. The Court has allotted one hour for the hearing.

Counsel should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas. Any technical representatives responsible for operating the Court's electronic courtroom equipment should be in the Courtroom 15 minutes prior to the hearing to set up and ensure the parties' equipment is working properly. A description of this equipment and training resources for lawyers are available on the Court's website, http://www.txnd.uscourts.gov/judge-lynns-courtroom. The Court requires that all persons planning to use the equipment schedule training through the Court's Information Technology

Department prior to the motion hearing, by contacting Paul Hertel at 214-753-2266 or Paul Slavonik at 214-753-2232.

Any questions regarding this Order should be directed to the Law Clerk, Rebecca Rutherford, at 214-753-2418.

SIGNED on this 11th day of September, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE