IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DR. FORD ALBRITTON, IV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-cv-03340-M |
| | § | |
| ACCLARENT, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Before the Court is the Joint Motion to Revise Scheduling Order Deadlines [ECF No. 71]. The Motion is **GRANTED**. The deadline to file opening claim construction briefs is extended up to and including June 1, 2018. The deadline to file responsive claim construction briefs is extended up to and including June 15, 2018.

**SO ORDERED**.

March 29, 2018.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**