# EXHIBIT 2

**APP0050**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|------|-------|----------|---------|------|

| Next List | Bottom | View Cart |
|-----------|--------|-----------|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/ACCLARENT AND REF/2007/0250105)**: 67 patents.
*Hits **1** through **50** out of **67***

[ Final 17 Hits ]

[ Jump To ] [          ]

[ Refine Search ] [ AN/ACCLARENT AND REF/2007/0250105 ]

| | PAT. NO. | | Title |
|---|----------|---|-------|
| 1 | 10,188,413 | T | Deflectable guide catheters and related methods |
| 2 | 9,820,688 | T | Sinus illumination lightwire device |
| 3 | 9,814,379 | T | Methods and apparatus for treating disorders of the ear nose and throat |
| 4 | 9,649,477 | T | Frontal sinus spacer |
| 5 | 9,615,775 | T | Methods and devices for ostium measurements |
| 6 | 9,603,506 | T | Methods and devices for facilitating visualization in a surgical environment |
| 7 | 9,554,691 | T | Endoscopic methods and devices for transnasal procedures |
| 8 | 9,468,362 | T | Endoscopic methods and devices for transnasal procedures |
| 9 | 9,399,121 | T | Systems and methods for transnasal dilation of passageways in the ear, nose or throat |
| 10 | 9,351,750 | T | Devices and methods for treating maxillary sinus disease |
| 11 | 9,265,407 | T | Endoscopic methods and devices for transnasal procedures |
| 12 | 9,179,823 | T | Methods and devices for facilitating visualization in a surgical environment |
| 13 | 9,167,961 | T | Methods and apparatus for treating disorders of the ear nose and throat |
| 14 | 9,155,492 | T | Sinus illumination lightwire device |
| 15 | 9,107,574 | T | Endoscopic methods and devices for transnasal procedures |
| 16 | 9,101,384 | T | Devices, systems and methods for diagnosing and treating sinusitis and other disorders of the ears, Nose and/or throat |
| 17 | 9,089,258 | T | Endoscopic methods and devices for transnasal procedures |
| 18 | 9,055,965 | T | Devices, systems and methods useable for treating sinusitis |

19 9,050,440 **T** Multi-conduit balloon catheter
20 9,039,680 **T** Implantable devices and methods for delivering drugs and other substances to treat sinusitis and other disorders
21 9,039,657 **T** Implantable devices and methods for delivering drugs and other substances to treat sinusitis and other disorders
22 8,979,888 **T** Paranasal ostium finder devices and methods
23 8,961,495 **T** Devices, systems and methods for treating disorders of the ear, nose and throat
24 8,961,398 **T** Methods and apparatus for treating disorders of the ear, nose and throat
25 8,951,225 **T** Catheters with non-removable guide members useable for treatment of sinusitis
26 8,945,088 **T** Apparatus and methods for dilating and modifying ostia of paranasal sinuses and other intranasal or paranasal structures
27 8,932,276 **T** Shapeable guide catheters and related methods
28 8,894,614 **T** Devices, systems and methods useable for treating frontal sinusitis
29 8,870,893 **T** Devices, systems and methods for diagnosing and treating sinusitis and other disorders of the ears, nose and/or throat
30 8,864,787 **T** Ethmoidotomy system and implantable spacer devices having therapeutic substance delivery capability for treatment of paranasal sinusitis
31 8,858,586 **T** Methods for enlarging ostia of paranasal sinuses
32 8,828,041 **T** Devices, systems and methods useable for treating sinusitis
33 8,764,729 **T** Frontal sinus spacer
34 8,764,726 **T** Devices, systems and methods useable for treating sinusitis
35 8,747,389 **T** Systems for treating disorders of the ear, nose and throat
36 8,740,929 **T** Spacing device for releasing active substances in the paranasal sinus
37 8,721,591 **T** Apparatus and methods for dilating and modifying ostia of paranasal sinuses and other intranasal or paranasal structures
38 8,715,169 **T** Devices, systems and methods useable for treating sinusitis
39 8,702,626 **T** Guidewires for performing image guided procedures
40 8,485,199 **T** Methods and devices for protecting nasal turbinate during surgery
41 8,439,687 **T** Apparatus and method for simulated insertion and positioning of guidewares and other interventional devices
42 8,435,290 **T** System and method for treatment of non-ventilating middle ear by providing a gas pathway through the nasopharynx
43 8,425,457 **T** Devices, systems and methods for diagnosing and treating sinusitus and other disorder of the ears, nose and/or throat
44 8,414,473 **T** Methods and apparatus for treating disorders of the ear nose and throat
45 8,388,642 **T** Implantable devices and methods for treating sinusitis and other disorders
46 8,317,816 **T** Balloon catheters and methods for treating paranasal sinuses
47 8,190,389 **T** Adapter for attaching electromagnetic image guidance components to a medical device
48 8,182,432 **T** Corewire design and construction for medical devices
49 8,172,828 **T** Apparatus and methods for dilating and modifying ostia of paranasal sinuses and other intranasal or paranasal structures
**T**

APP0052

50  8,146,400     Endoscopic methods and devices for transnasal procedures

**Next List**   **Top**   **View Cart**

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|------|-------|----------|---------|------|

| Prev. List | Bottom | View Cart |
|------------|--------|-----------|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/ACCLARENT AND REF/2007/0250105)**: 67 patents.
*Hits **51** through **67** out of **67***

[ Prev. 50 Hits ]

[ Jump To ]   [          ]

[ Refine Search ]  AN/ACCLARENT AND REF/2007/0250105

| PAT. NO. | Title |
|----------|-------|
| 51 8,142,422 | Devices, systems and methods for diagnosing and treating sinusitis and other disorders of the ears, nose and/or throat |
| 52 8,123,722 | Devices, systems and methods for treating disorders of the ear, nose and throat |
| 53 8,118,757 | Methods and devices for ostium measurement |
| 54 8,114,113 | Multi-conduit balloon catheter |
| 55 8,114,062 | Devices and methods for delivering therapeutic substances for the treatment of sinusitis and other disorders |
| 56 8,100,933 | Method for treating obstructed paranasal frontal sinuses |
| 57 8,090,433 | Methods and apparatus for treating disorders of the ear nose and throat |
| 58 8,088,101 | Devices, systems and methods for treating disorders of the ear, nose and throat |
| 59 8,080,000 | Methods and apparatus for treating disorders of the ear nose and throat |
| 60 7,771,409 | Devices, systems and methods useable in treating sinusitis |
| 61 7,727,226 | Devices, systems and methods for treating disorders of the ear, nose and throat |
| 62 7,727,186 | Devices, systems and methods for diagnosing and treating sinusitis and other disorders of the ears, nose and/or throat |
| 63 7,720,521 | Methods and devices for performing procedures within the ear, nose, throat and paranasal sinuses |
| 64 7,645,272 | Devices, systems and methods for treating disorders of the ear, nose and throat |
| 65 7,641,644 | Devices, systems and methods for treating disorders of the ear, nose and throat |
| 66 7,559,925 | Methods and devices for facilitating visualization in a surgical environment |

67 7,500,971 **T** Devices, systems and methods for treating disorders of the ear, nose and throat

**Prev. List**  **Top**  **View Cart**

**Home**  **Quick**  **Advanced**  **Pat Num**  **Help**

APP0055

# USPTO Patent Full-Text and Image Database

[ Home ]  [ Quick ]  [ Advanced ]  [ Pat Num ]  [ Help ]

[ Next List ]  [ Bottom ]  [ View Cart ]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/ACCLARENT AND REF/7520876)**: 86 patents.
*Hits **1** through **50** out of **86***

[ Final 36 Hits ]

[ Jump To ]  [          ]

[ Refine Search ]  [ AN/ACCLARENT AND REF/7520876 ]

| PAT. NO. | Title |
|---|---|
| 1  10,206,821 T | Eustachian tube dilation balloon with ventilation path |
| 2  10,188,413 T | Deflectable guide catheters and related methods |
| 3  10,124,154 T | Catheters with non-removable guide members useable for treatment of sinusitis |
| 4  10,098,652 T | Systems and methods for transnasal dilation of passageways in the ear, nose or throat |
| 5  10,034,682 T | Devices, systems and methods useable for treating frontal sinusitis |
| 6  9,999,752 T | Multi-conduit balloon catheter |
| 7  9,861,793 T | Corewire design and construction for medical devices |
| 8  9,826,999 T | Methods and apparatus for treating disorders of the ear nose and throat |
| 9  9,750,401 T | Paranasal ostium finder devices and methods |
| 10  9,649,477 T | Frontal sinus spacer |
| 11  9,636,258 T | System and method for treatment of non-ventilating middle ear by providing a gas pathway through the nasopharynx |
| 12  9,629,684 T | Apparatus and method for treatment of ethmoid sinusitis |
| 13  9,629,656 T | Adapter for attaching electromagnetic image guidance components to a medical device |
| 14  9,615,775 T | Methods and devices for ostium measurements |
| 15  9,610,428 T | Devices, systems and methods useable for treating frontal sinusitis |
| 16  9,603,506 T | Methods and devices for facilitating visualization in a surgical environment |
| 17  9,572,480 T | Methods and devices for facilitating visualization in a surgical environment |

18 9,554,691    Endoscopic methods and devices for transnasal procedures
19 9,468,362  **T**  Endoscopic methods and devices for transnasal procedures
20 9,463,068  **T**  Methods and devices for protecting nasal turbinates
21 9,457,175  **T**  Balloon catheters and methods for treating paranasal sinuses
22 9,433,437  **T**  Apparatus and method for treatment of ethmoid sinusitis
23 9,399,121  **T**  Systems and methods for transnasal dilation of passageways in the ear, nose or throat
24 9,370,649  **T**  Devices, systems and methods useable for treating sinusitis
25 9,351,750  **T**  Devices and methods for treating maxillary sinus disease
26 9,308,361  **T**  Implantable devices and methods for treating sinusitis and other disorders
27 9,265,407  **T**  Endoscopic methods and devices for transnasal procedures
28 9,241,834  **T**  Devices, systems and methods for treating disorders of the ear, nose and throat
29 9,220,879  **T**  Devices, systems and methods useable for treating sinusitis
30 9,198,736  **T**  Adapter for attaching electromagnetic image guidance components to a medical device
31 9,179,823  **T**  Methods and devices for facilitating visualization in a surgical environment
32 9,167,961  **T**  Methods and apparatus for treating disorders of the ear nose and throat
33 9,155,492  **T**  Sinus illumination lightwire device
34 9,107,574  **T**  Endoscopic methods and devices for transnasal procedures
35 9,095,646  **T**  Devices and methods for transnasal dilation and irrigation of the sinuses
36 9,095,364  **T**  Device and method for dilating an airway stenosis
37 9,089,258  **T**  Endoscopic methods and devices for transnasal procedures
38 9,084,876  **T**  Implantable devices and methods for delivering drugs and other substances to treat sinusitis and other disorders
39 9,072,626  **T**  System and method for treatment of non-ventilating middle ear by providing a gas pathway through the nasopharynx
40 9,055,965  **T**  Devices, systems and methods useable for treating sinusitis
41 9,050,440  **T**  Multi-conduit balloon catheter
42 9,039,680  **T**  Implantable devices and methods for delivering drugs and other substances to treat sinusitis and other disorders
43 9,039,657  **T**  Implantable devices and methods for delivering drugs and other substances to treat sinusitis and other disorders
44 8,979,888  **T**  Paranasal ostium finder devices and methods
45 8,968,269  **T**  Multi-conduit balloon catheter
46 8,961,495  **T**  Devices, systems and methods for treating disorders of the ear, nose and throat
47 8,961,398  **T**  Methods and apparatus for treating disorders of the ear, nose and throat
48 8,951,225  **T**  Catheters with non-removable guide members useable for treatment of sinusitis
49 8,945,088  **T**  Apparatus and methods for dilating and modifying ostia of paranasal sinuses and other intranasal or paranasal structures
50 8,932,276  **T**  Shapeable guide catheters and related methods

APP0057

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
| --- | --- | --- | --- | --- |

| Prev. List | Bottom | View Cart |
| --- | --- | --- |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/ACCLARENT AND REF/7520876): 86 patents.**
*Hits **51** through **86** out of **86***

[ Prev. 50 Hits ]

[ Jump To ]  [          ]

[ Refine Search ]  AN/ACCLARENT AND REF/7520876

| PAT. NO. | Title |
| --- | --- |
| 51 8,905,922 T | Devices, systems and methods for diagnosing and treating sinusitis and other disorders of the ears, nose and/or throat |
| 52 8,870,893 T | Devices, systems and methods for diagnosing and treating sinusitis and other disorders of the ears, nose and/or throat |
| 53 8,864,787 T | Ethmoidotomy system and implantable spacer devices having therapeutic substance delivery capability for treatment of paranasal sinusitis |
| 54 8,858,586 T | Methods for enlarging ostia of paranasal sinuses |
| 55 8,852,143 T | Devices, systems and methods for treating disorders of the ear, nose and throat |
| 56 8,828,041 T | Devices, systems and methods useable for treating sinusitis |
| 57 8,777,926 T | Apparatus and methods for dilating and modifying ostia of paranasal sinuses and other intranasel or paranasal structures |
| 58 8,764,786 T | Balloon catheters and methods for treating paranasal sinuses |
| 59 8,764,729 T | Frontal sinus spacer |
| 60 8,764,726 T | Devices, systems and methods useable for treating sinusitis |
| 61 8,764,709 T | Devices, systems and methods for treating disorders of the ear, nose and throat |
| 62 8,747,389 T | Systems for treating disorders of the ear, nose and throat |
| 63 8,740,929 T | Spacing device for releasing active substances in the paranasal sinus |
| 64 8,721,591 T | Apparatus and methods for dilating and modifying ostia of paranasal sinuses and other intranasal or paranasal structures |
| 65 8,715,169 T | Devices, systems and methods useable for treating sinusitis |

66 8,702,626 **T** Guidewires for performing image guided procedures
67 8,485,199 **T** Methods and devices for protecting nasal turbinate during surgery
68 8,439,687 **T** Apparatus and method for simulated insertion and positioning of guidewares and other interventional devices
69 8,435,290 **T** System and method for treatment of non-ventilating middle ear by providing a gas pathway through the nasopharynx
70 8,425,457 **T** Devices, systems and methods for diagnosing and treating sinusitus and other disorder of the ears, nose and/or throat
71 8,414,473 **T** Methods and apparatus for treating disorders of the ear nose and throat
72 8,388,642 **T** Implantable devices and methods for treating sinusitis and other disorders
73 8,317,816 **T** Balloon catheters and methods for treating paranasal sinuses
74 8,190,389 **T** Adapter for attaching electromagnetic image guidance components to a medical device
75 8,182,432 **T** Corewire design and construction for medical devices
76 8,172,828 **T** Apparatus and methods for dilating and modifying ostia of paranasal sinuses and other intranasal or paranasal structures
77 8,146,400 **T** Endoscopic methods and devices for transnasal procedures
78 8,142,422 **T** Devices, systems and methods for diagnosing and treating sinusitis and other disorders of the ears, nose and/or throat
79 8,123,722 **T** Devices, systems and methods for treating disorders of the ear, nose and throat
80 8,118,757 **T** Methods and devices for ostium measurement
81 8,114,113 **T** Multi-conduit balloon catheter
82 8,114,062 **T** Devices and methods for delivering therapeutic substances for the treatment of sinusitis and other disorders
83 8,100,933 **T** Method for treating obstructed paranasal frontal sinuses
84 8,090,433 **T** Methods and apparatus for treating disorders of the ear nose and throat
85 8,088,101 **T** Devices, systems and methods for treating disorders of the ear, nose and throat
86 8,080,000 **T** Methods and apparatus for treating disorders of the ear nose and throat

---

**Prev. List**    **Top**    **View Cart**
**Home**    **Quick**    **Advanced**    **Pat Num**    **Help**

APP0059