# EXHIBIT 3

APP0060

| 11/193,020 | Methods and apparatus for treating disorders of the ear, nose and throat | ACC5002USCIP6.0604715 | 03-07-2019::12:59:51 |

## Patent Assignment Abstract of Title

**Total Assignments: 1**

**Application #:** 11193020  **Filing Dt:** 07/29/2005  **Patent #:** NONE  **Issue Dt:**
**PCT #:** NONE  **Intl Reg #:**  **Publication #:** US20060063973  **Pub Dt:** 03/23/2006
**Inventors:** Joshua Makower, John Y. Chang, Ketan P. Muni, John H. Morriss, Hung V. Ha, Isaac J. Kim, Julia D. Vrany
**Title:** Methods and apparatus for treating disorders of the ear, nose and throat

**Assignment: 1**

**Reel/Frame:** 017269 / 0163  **Received:** 11/30/2005  **Recorded:** 11/25/2005  **Mailed:** 03/07/2006  **Pages:** 10
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors:**
MAKOWER, JOSHUA — **Exec Dt:** 10/14/2005
CHANG, JOHN Y. — **Exec Dt:** 10/10/2005
MUNI, KETAN P. — **Exec Dt:** 10/10/2005
MORRISS, JOHN H. — **Exec Dt:** 10/10/2005
HA, HUNG V. — **Exec Dt:** 10/10/2005
KIM, ISAAC J. — **Exec Dt:** 10/10/2005
VRANY, JULIA D. — **Exec Dt:** 10/10/2005

**Assignee:** ACCLARENT, INC.
1525-B O'BRIEN DRIVE
MENLO PARK, CALIFORNIA 94025

**Correspondent:** ROBERT D. BUYAN
STOUT, UXA, BUYAN & MULLINS, LLP
4 VENTURE, SUITE 300
IRVINE, CA 92618

Search Results as of: 03/07/2019 12:59:44 PM

**Disclaimer:**
Assignment information on the assignment database reflects assignment documents that have been actually recorded.
If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.
**If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350**

**Close Window**