# EXHIBIT 4

APP0062

| 11/789,704 | SYSTEMS FOR TREATING DISORDERS OF THE EAR, NOSE AND THROAT | ACC5002USCIP12.0607722 | 03-07-2019::12:53:25 |

## Patent Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Application #:** 11789704 | **Filing Dt:** 04/24/2007 | **Patent #:** 8747389 | **Issue Dt:** 06/10/2014 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** US20080195041 | **Pub Dt:** 08/14/2008 |

**Inventors:** Eric Goldfarb, John Y. Chang, William M. Facteau, Sivette Lam, Hung V. Ha, Isaac J. Kim, Ketan P. Muni

**Title:** SYSTEMS FOR TREATING DISORDERS OF THE EAR, NOSE AND THROAT

**Assignment: 1**

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 019641 / 0740 | **Received:** 07/23/2007 | **Recorded:** 07/17/2007 | **Mailed:** 08/03/2007 | **Pages:** 3 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| **Assignors:** | GOLDFARB, ERIC | **Exec Dt:** 06/19/2007 |
|---|---|---|
| | CHANG, JOHN Y. | **Exec Dt:** 06/19/2007 |
| | FACTEAU, WILLIAM M. | **Exec Dt:** 06/19/2007 |
| | LAM, SIVETTE | **Exec Dt:** 06/19/2007 |
| | HA, HUNG V. | **Exec Dt:** 06/19/2007 |
| | KIM, ISAAC J. | **Exec Dt:** 06/19/2007 |
| | MUNI, KETAN P. | **Exec Dt:** 06/19/2007 |

**Assignee:** ACCLARENT, INC.
1525-B O'BRIEN DRIVE
MENLO PARK, CALIFORNIA 94025

**Correspondent:** ROBERT D. BUYAN
STOUT, UXA, BUYAN & MULLINS, LLP
4 VENTURE, SUITE 300
IRVINE, CA 92618

Search Results as of: 03/07/2019 12:53:21 PM

**Disclaimer:**
Assignment information on the assignment database reflects assignment documents that have been actually recorded.
If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.
**If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350**

**Close Window**

**APP0063**