UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DR. FORD ALBRITTON IV**, <br><br> Plaintiff, <br><br> v. <br><br> **ACCLARENT, INC.**, <br><br> Defendant. | § § § § § § § § § § § § § § § <br><br> **Civil Action No. 3:16-cv-03340-M** <br><br> **JURY TRIAL** |

**DECLARATION OF WILLIAM ROOKLIDGE IN SUPPORT OF ACCLARENT, INC.'S BRIEF IN OPPOSITION TO ALBRITTON'S MOTION FOR EXPEDITED BRIEFING**

I, William C. Rooklidge, declare as follows:

1. I am a partner with the law firm of Gibson, Dunn & Crutcher, LLP. I am licensed to practice law in the state of California and am admitted to practice *pro hac vice* in this Court. I represent Defendant Acclarent, Inc. ("Acclarent") in this matter, and my business address is 3161 Michelson Drive, Irvine, CA 92612-4412 USA.

2. I submit this declaration in support of Acclarent's Brief in Opposition to Albritton's Motion for Expedited Briefing filed on March 11, 2019.

3. Attached as **Exhibit 1** is a true and correct copy of an email from Alexandra Easley on behalf of Albritton, dated March 7, 2019.

4. Attached as **Exhibit 2** is a true and correct copy of an email from Alexandra Easley on behalf of Albritton, dated March 8, 2019 confirming a meet and confer call at 3:30 p.m. CST.

5. The March 7, 2019 email (Ex. 1) was the first time Albritton stated he planned to file a motion to strike Acclarent's amended invalidity contentions.

6. The parties' meet and confer on March 8, 2019 was the first time Albritton indicated he wanted a motion to expedite briefing in connection with a motion to strike Acclarent's amended invalidity contentions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2019.

                                                    */s/ William C. Rooklidge*

                                                    William C. Rooklidge

# Exhibit 1

| | |
|---|---|
| **From:** | Alexandra F. Easley |
| **To:** | *** GDC-Acclarent |
| **Cc:** | Albritton_Acclarent |
| **Subject:** | Albritton v. Acclarent: Motion to Strike |
| **Date:** | Thursday, March 07, 2019 6:11:11 PM |

[External Email]

Counsel,

We plan to file a motion to strike Acclarent's late disclosed invalidity opinions. Are you available tomorrow at 10:30am CST for a meet and confer? If not, please let me know what times you are available tomorrow for a meet and confer.

Thank you,
Alexandra

**Alexandra Easley** | Associate | McKool Smith
300 Crescent Court, Suite 1500, Dallas, Texas 75201
Telephone:  (214) 978-6319

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.

# Exhibit 2

| | |
|---|---|
| **From:** | Alexandra F. Easley |
| **To:** | Coté, Frank P.; *** GDC-Acclarent |
| **Cc:** | Albritton_Acclarent |
| **Subject:** | RE: Albritton v. Acclarent: Motion to Strike |
| **Date:** | Friday, March 08, 2019 9:47:19 AM |

[External Email]

Frank,

Our team is available for a meet and confer at 1:30 PT/3:30 CST. We can use the below dial-in for the call:

Toll Free Dial In: 866-907-1064

Guest Passcode: 214 978 6319

Thanks,
Alexandra

**Alexandra Easley** | Associate | McKool Smith
300 Crescent Court, Suite 1500, Dallas, Texas 75201
Telephone:  (214) 978-6319

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Coté, Frank P. [mailto:FCote@gibsondunn.com]
**Sent:** Friday, March 08, 2019 10:51 AM
**To:** Alexandra F. Easley; *** GDC-Acclarent
**Cc:** Albritton_Acclarent
**Subject:** RE: Albritton v. Acclarent: Motion to Strike

Alexandra,

That time does not work for us, but we could speak at 1:30 PT.

Regards,
**Frank Coté**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4090 • Fax +1 949.475.4610
FCote@gibsondunn.com • www.gibsondunn.com

**From:** Alexandra F. Easley <aeasley@McKoolSmith.com>

APP.0006

**Sent:** Friday, March 8, 2019 7:48 AM
**To:** *** GDC-Acclarent <GDC-Acclarent@gibsondunn.com>
**Cc:** Albritton_Acclarent <Albritton_Acclarent@McKoolSmith.com>
**Subject:** RE: Albritton v. Acclarent: Motion to Strike

[External Email]
Counsel,

We received your amended invalidity contentions and intend to move forward with a motion to strike. As such, I am following up on my below email. Are you available for a meet and confer today at 10:30am CST? If that time does not work, please let me know what time you are available today for a meet and confer.

Thanks,

**Alexandra Easley** | Associate | McKool Smith
300 Crescent Court, Suite 1500, Dallas, Texas 75201
Telephone:  (214) 978-6319

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.

---

**From:** Alexandra F. Easley
**Sent:** Thursday, March 07, 2019 8:11 PM
**To:** *** GDC-Acclarent (GDC-Acclarent@gibsondunn.com)
**Cc:** Albritton_Acclarent
**Subject:** Albritton v. Acclarent: Motion to Strike

Counsel,

We plan to file a motion to strike Acclarent's late disclosed invalidity opinions. Are you available tomorrow at 10:30am CST for a meet and confer? If not, please let me know what times you are available tomorrow for a meet and confer.

Thank you,
Alexandra

**Alexandra Easley** | Associate | McKool Smith
300 Crescent Court, Suite 1500, Dallas, Texas 75201
Telephone:  (214) 978-6319

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

APP.0008